THE STATE OF OHIO, APPELLEE, *v.* JACKSON, APPELLANT.

[Cite as *State v. Jackson* (1996), 76 Ohio St.3d 259.]

(No. 96–357—Submitted June 25, 1996—Decided August 7, 1996.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Diane Smilanick,* Assistant Prosecuting Attorney, for appellee.

*Demetrius Jackson, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its journal entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.